[No. 25480-8-II.   Division Two.   September 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW HARVEY DENMARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03525-1, Frederick W. Fleming, J., entered December 10, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[Nos. 25781-5-II; 25800-5-II.   Division Two.   September 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DEXTER W. JACOBSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JASON M. MORGAN, *Appellant*.

Appeals from judgments of the Superior Court for Clark County, Nos. 99-8-01524-5 and 99-8-01523-7, Ronald Wilkinson, J. Pro Tem., entered March 24, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 26188-0-II.   Division Two.   September 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00112-9, Karen L. Strombom, J., entered June 30, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.